# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1805
_____

REBEKAH SAMIR SIDDIQUI,

Appellant,

v.

BRIAN STEWART NEWTON and
CAROLYN NEWTON,

Appellees.

_____


On appeal from the Circuit Court for Duval County.
Hugh Carithers, Judge.

May 2, 2018


PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

S. A. Siddiqui, St. Augustine, for Appellant.

Jonathan J. Luca of Jonathan J. Luca, P.A., St. Augustine, for Appellee Brian Stewart Newton, and Dale G. Westling, Sr., of Dale G. Westling, Sr., P.A., Jacksonville, for Appellee Carolyn Newton.